DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Caudle<br><br>Case below:<br>172 N.C. App. 261 | No. 433P05 | 1. AG's Motion for Temporary Stay (COA03-1576) | 1. Allowed<br>**359 N.C. 854**<br><br>Stay dissolved<br>12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special<br>Order Page 151 |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied<br>10/06/05 |
| | | 5. Def's Motion to Vacate Temporary Stay | 5. Dismissed as Moot<br>12/19/06<br><br>**Timmons-Goodson, J., Recused** |
| State v. Cobb<br><br>Case below:<br>172 N.C. App. 172 | No. 447P05 | 1. AG's Motion for Temporary Stay (COA04-508) | 1. Allowed<br>**359 N.C. 854** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed<br>12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>12/19/06 |
| | | 4. Def's Motion to Bypass COA | 4. Allowed<br>12/19/06 |
| | | 5. Def's PWC to Review Order of Guilford County Superior Court | 5. Allowed<br>12/19/06 |
| | | 6. AG's Motion to Deem Response Timely Filed | 6. Allowed<br>12/19/06<br><br>**Timmons-Goodson, J., Recused** |